AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

YATHOMAS RILEY,

Plaintiff,

v.

JOSEPH AMODIO, and EILEEN AMODIO,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-145

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the January 26, 2026 Order, the Court dismisses without prejudice Plaintiff's Complaint for failure to follow this Court's Order and denies Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

January 26, 2026
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020