**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

YATHOMAS RILEY,

      Plaintiff,

      v.

JOSEPH AMODIO, and EILEEN AMODIO,

      Defendants.

CIVIL ACTION NO.: 2:25-cv-145

**O R D E R**

Plaintiff filed an appeal of this Court's January 26, 2026 dismissal to the Eleventh Circuit Court of Appeals.  Docs. 10, 15.  On April 6, 2026, the Eleventh Circuit dismissed Plaintiff's appeal based on Plaintiff's failure to prosecute and issued its mandate.  Doc. 18.  The Court **ORDERS** that the mandate of the Eleventh Circuit Court of Appeals be made the Order of this Court.  The Court's January 26, 2026 Order remains the Order of this Court, and this case remains **CLOSED**.  Docs. 10, 11.

**SO ORDERED**, this 7th day of April, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA